# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DERRICK WOODBERRY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS

NO.   2020 CW 0527

**SEPTEMBER 03, 2020**

---

In Re:   Derrick Woodberry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681512.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court is instructed to act on relator's Motion for Correction and Expansion of the Administrative Record, which was filed in the district court on or about June 27, 2019, by November 03, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT